**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AMERICAN FREEDOM DEFENSE
INITIATIVE, PAMELA GELLER, and
ROBERT SPENCER,

    Plaintiffs,

               CASE NO. 10-12134
v.               HON. DENISE PAGE HOOD

SUBURBAN MOBILITY AUTHORITY
for REGIONAL TRANSPORTATION
("SMART"); GARY L. HENDRICKSON,
individually and in his official capacity as
Chief Executive of SMART, JOHN HERTEL,
individually and in his official capacity as
general manager of SMART and BETH
GIBBONS, individually and in her official
capacity as Marketing Program Manager
of SMART,

    Defendants.
_____/

## ORDER DISMISSING WITHOUT PREJUDICE
## MOTION TO COMPEL DISCOVERY [#50]

Plaintiffs filed a Motion to Compel Discovery [#50], which was fully briefed and hearing was held on the Motion. At a telephone conference on May 17, 2018, the parties agreed to dismiss the Motion without prejudice. Accordingly, having heard the agreement of the parties to dismiss the Motion without prejudice and having reviewed the record, the Court hereby ORDERS that the Motion to Compel Discovery

[#50] is DISMISSED WITHOUT PREJUDICE.

        S/Denise Page Hood
        Denise Page Hood
        Chief Judge, United States District Court

Dated: September 28, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2018, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager